FILED

15 JAN 23 PM 4:18

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

acc DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>  v.<br><br>LINDA ORTEGA-ELIAS (2),<br><br>  Defendant. | Case No.  14CR3434-2-CAB<br><br>ORDER AND JUDGMENT DISMISSING INFORMATION WITHOUT PREJUDICE |

Upon application of the United States Attorney and good cause appearing, leave of the Court is granted.

IT IS HEREBY ORDERED that the Information in the above-captioned case, as to LINDA ORTEGA-ELIAS only, be dismissed without prejudice.

The defendant is currently released on personal surety bond, therefore, no order of abstract is necessary for release.

IT IS SO ORDERED.

DATED: January 23, 2015

HON. CATHY ANN BENCIVENGO
United States District Court Judge